**Fill in this information to identify the case:**

Debtor 1: David Alderfer

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22-11666

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A. as s/b/m to First Niagara Bank N.A

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 4 9

**Date of payment change:** 09/01/2022
Must be at least 21 days after date of this notice

**New total payment:** $ 1,139.09
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,132.04      New escrow payment: $ 1,139.09

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | David Alderfer | Case number (if known) 22-11666 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske
Signature

Date 08/09/2022

Print: **Reilly Fiske**
First Name   Middle Name   Last Name

Title **Senior Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**
Number   Street

**Brooklyn**   **OH**   **44144**
City   State   ZIP Code

Contact phone **866-325-9723**

Email **bk_specialists@keybank.com**

KeyBank  
Mortgage Loan Servicing  
4910 Tiedeman Rd  
OH-01-MS-SER1  
Brooklyn, OH 44144

Page 1 of 4

July 26, 2022

# ESCROW ACCOUNT
## DISCLOSURE STATEMENT

LOAN NUMBER:    xxxxxxxx6649

DAVID D ALDERFER  
240 MORWOOD RD  
HARLEYSVILLE    PA  19438-1627

**PLEASE REVIEW THIS STATEMENT CLOSELY-YOUR MORTGAGE PAYMENT MAY BE AFFECTED**

Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

**Clients that Utilize Auto Debit**- If you control an automatic payment function and your payment is scheduled for a future payment change, please remember to update the amount you wish to send. If you have authorized KeyBank to debit your payments, the new payment below will automatically be debited on your auto-pay date.

| Your current payment is: | | Your **new monthly payment** for the next 12 months **effective 09/01/22** is: | |
|---|---|---|---|
| PRINCIPAL & INTEREST | 592.20 | PRINCIPAL & INTEREST | 592.20 |
| ESCROW | 376.73 | ESCROW | 546.89 |
| TOTAL PAYMENT: | 968.93 | ADJUSTMENT | 0.00 |
| | | **TOTAL** | **1,139.09** |

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM  SEP 2021  THROUGH  AUG 2022  (LAST YEAR'S PROJECTIONS ARE NEXT TO THE ACTUAL ACTIVITY.)

| MONTH | PAYMENTS PROJECTED | To ESCROW ACTUAL | PROJECTED | PAYMENTS FROM DESCRIPTION | ESCROW ACTUAL | DESCRIPTION | ESCROW PROJECTED | BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| STARTING | BALANCE | | | | | | 1,079.59 | (24,146.93) |
| SEP | 539.84 | 0.00 | 0.00 | | 0.00 | | 1,619.43 | (24,146.93) |
| OCT | 539.84 | 0.00 | 0.00 | | 0.00 | | 2,159.27 | (24,146.93) |
| NOV | 539.84 | 0.00 | 0.00 | | 0.00 | | 2,699.11 | (24,146.93) |
| DEC | 539.84 | 0.00 | 0.00 | | 0.00 | | 3,238.95 | (24,146.93) |
| JAN | 539.84 | 0.00 | 0.00 | | 0.00 | | 3,778.79 | (24,146.93) |
| FEB | 539.84 | 0.00 | 0.00 | TWN/TWNSHP/S | 1,085.46 | *TWN/TWNSHP/S | 4,318.63 | (25,232.39) |
| MAR | 539.84 | 0.00 | 1,040.46 | TWN/TWNSHP/S | 0.00 | *TWN/TWNSHP/S | 3,818.01 | (25,232.39) |
| MAR | 0.00 | 0.00 | 0.00 | HAZARD INSUR | 930.51 | *HAZARD INSUR | 3,818.01 | (26,162.90) |
| APR | 539.84 | 0.00 | 0.00 | | 0.00 | | 4,357.85 | (26,162.90) |
| MAY | 539.84 | 0.00 | 930.51 | HAZARD INSUR | 930.51 | HAZARD INSUR | 3,967.18 | (27,093.41) |
| JUN | 539.84 | 0.00 | 0.00 | | 0.00 | | 4,507.02 | (27,093.41) |
| JUL | 539.84 | 33,365.02 | 0.00 | | 0.00 | # | 5,046.86 | 6,271.61 |
| AUG | 539.84 | 539.84 | 4,507.02 | SCHOOL TAX | 4,546.64 | *#SCHOOL TAX | 1,079.68 | 2,264.81 |

Member FDIC

(Continued on Reverse side of Page)



NAME:  DAVID D ALDERFER

Continue of Account:   xxxxxxxx6649
For ESCROW DISCLOSURE STATEMENT

| MONTH | PAYMENTS To ESCROW PROJECTED | ACTUAL | PAYMENTS FROM ESCROW PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | $6,478.08 | $33,904.86 | $6,477.99 | | $7,493.12 | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $6,477.99 . UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $1,079.67 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT.

.AN ASTERISK (*) INDICATES A DIFFERENCE  IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-422-2442.

# = THIS YEAR PROJECTED AMOUNTS

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- PROJECTIONS

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

********* PROJECTED ESCROW    DISBURSEMENTS ****

| | |
|---|---|
| TAXES | 1,085.46 |
| HAZARD INS | 930.51 |
| TAXES | 4,546.64 |
| TOTAL PROJECTED ESCROW DISBURSEMENTS: | 6,562.61 |

ESCROW PAYMENT CALCULATION:    $6562.61 / 12 = 546.88

| MONTH | TO ESCROW | FROM ESCROW | PROJECTED PAYMENTS DESCRIPTION | ESCROW BALANCE REQUIRED | PROJECTED |
|---|---|---|---|---|---|
| STARTING BALANCE | | | | 1,093.70 | 2,264.81 |
| SEP | 546.89 | 0.00 | | 1,640.59 | 2,811.70 |
| OCT | 546.89 | 0.00 | | 2,187.48 | 3,358.59 |
| NOV | 546.89 | 0.00 | | 2,734.37 | 3,905.48 |
| DEC | 546.89 | 0.00 | | 3,281.26 | 4,452.37 |
| JAN | 546.89 | 0.00 | | 3,828.15 | 4,999.26 |
| FEB | 546.89 | 0.00 | | 4,375.04 | 5,546.15 |
| MAR | 546.89 | 1,085.46 | TWN/TWNSHP/S | 3,836.47 | 5,007.58 |
| APR | 546.89 | 0.00 | | 4,383.36 | 5,554.47 |
| MAY | 546.89 | 930.51 | HAZARD INSUR | 3,999.74 | 5,170.85 |
| JUN | 546.89 | 0.00 | | 4,546.63 | 5,717.74 |
| JUL | 546.89 | 0.00 | | 5,093.52 | 6,264.63 |
| AUG | 546.89 | 4,546.64 | SCHOOL TAX | 1,093.77 | 2,264.88 |
| TOTALS: | $6,562.68 | $6,562.61 | | | |

CUSHION SELECTED BY SERVICER:   1,093.77

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $2,264.81, YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $1,093.70. THIS MEANS YOU HAVE A SURPLUS OF $1,171.11. WE HAVE DECIDED TO RETAIN THE SURPLUS BECAUSE OF DELINQUENCY.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.


Member FDIC

(Continued on Reverse side of Page)

Page 3 of 4



NAME:    DAVID D ALDERFER

Continue of Account:    xxxxxxxx6649
For  ESCROW DISCLOSURE STATEMENT

<u>Hazard Insurance</u> – You must carry hazard insurance in accordance with the terms of your loan. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

<u>Flood Insurance</u> – Flood insurance is required if your property is located in a special flood hazard area, as determined by the federal government. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

<u>Property Taxes</u>- We are not notified by taxing authorities of changes of assessment or exemptions. It is important for you to notify us of any changes so we can adjust your escrow accordingly. If you receive a tax bill, please send it to KeyBank National Association, 4910 Tiedeman Rd, OH-01-MS-SER3, Brooklyn, OH 44144.  Attn: Escrow Servicing. If you have any questions regarding your account, please call Escrow Servicing at 1-800-422-2442.

*Member FDIC*

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio (Cleveland)

In Re:  David Alderfer                                       Case No. 22-11666

               Debtor(s).                                    Chapter 13

## CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
ROBERT EDWARD ANGST

Trustee
KENNETH E. WEST

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

David Alderfer
240 Morwood Road
Harleysville, PA 19438

/s/Reilly Fiske_____
Bankruptcy Specialist
KeyBank N.A.

KeyBank
Mortgage Loan Servicing
4910 Tiedeman Rd
OH-01-MS-SER1
Brooklyn, OH 44144

July 08, 2022

# ESCROW ACCOUNT DISCLOSURE STATEMENT

(IF YOU HAVE NOT RECEIVED A COUPON BOOK OR BILLING STATEMENT IT WILL ARRIVE SHORTLY, UNLESS YOU ARE ON AUTODRAFT.)

STRAUDIE A BRYANT
270 WINBOURNE RD
ROCHESTER    NY  14619-0000

**PLEASE REVIEW THIS STATEMENT CLOSELY-YOUR MORTGAGE PAYMENT MAY BE AFFECTED**
Please retain this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- ACCOUNT HISTORY**

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM   JAN 2021   THROUGH   AUG 2022   (LAST YEAR'S PROJECTIONS ARE NEXT TO THE ACTUAL ACTIVITY.)

| LOAN NUMBER: | xxxxxxxx7467 | JAN 2021 THRU AUG 2022 | |
|---|---|---|---|
| PAST YEARS PAYMENTS BREAKDOWN: | PRINCIPAL & INT | | 330.17 |
| | ESCROW | | 391.17 |
| | TOTAL PAYMENT: | | 721.34 |

| MONTH | PAYMENTS To ESCROW PROJECTED | PAYMENTS To ESCROW ACTUAL | PAYMENTS FROM ESCROW PROJECTED | PAYMENTS FROM ESCROW DESCRIPTION | PAYMENTS FROM ESCROW ACTUAL | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | 1,115.33 | (8,058.98) |
| JAN | 371.35 | 0.00 | 352.00 | CITY TAX | 370.00 | *CITY TAX | 1,134.68 | (8,428.98) |
| JAN | 0.00 | 0.00 | 987.79 | TWN/TWNSHP/S | 1,082.46 | *TWN/TWNSHP/S | 146.89 | (9,511.44) |
| FEB | 371.35 | 360.26 | 0.00 | | 0.00 | | 518.24 | (9,151.18) |
| MAR | 371.35 | 360.26 | 352.00 | CITY TAX | 370.00 | *CITY TAX | 537.59 | (9,160.92) |
| APR | 371.35 | 6,806.96 | 0.00 | | 0.00 | | 908.94 | (2,353.96) |
| MAY | 371.35 | 1,058.43 | 0.00 | | 0.00 | | 1,280.29 | (1,295.53) |
| JUN | 371.35 | 352.81 | 0.00 | | 0.00 | | 1,651.64 | (942.72) |
| JUL | 371.35 | 705.62 | 991.34 | CITY TAX | 1,025.52 | *CITY TAX | 1,031.65 | (1,262.62) |
| JUL | 0.00 | 0.00 | 0.00 | HAZARD INSUR | 1,483.00 | *HAZARD INSUR | 1,031.65 | (2,745.62) |
| AUG | 371.35 | 0.00 | 1,403.00 | HAZARD INSUR | 0.00 | *HAZARD INSUR | 0.00 | (2,745.62) |
| SEP | 371.35 | 742.70 | 370.00 | CITY TAX | 363.00 | *CITY TAX | 1.35 | (2,365.92) |
| OCT | 371.35 | 0.00 | 0.00 | | 0.00 | | 372.70 | (2,365.92) |
| NOV | 371.35 | 371.35 | 0.00 | | 0.00 | | 744.05 | (1,994.57) |
| DEC | 371.35 | 0.00 | 0.00 | | 0.00 | | 1,115.40 | (1,994.57) |
| JAN | 0.00 | 0.00 | 0.00 | CITY TAX | 363.00 | *CITY TAX | 1,115.40 | (2,357.57) |
| JAN | 0.00 | 0.00 | 0.00 | TWN/TWNSHP/S | 1,109.46 | *TWN/TWNSHP/S | 1,115.40 | (3,467.03) |
| MAR | 0.00 | 0.00 | 0.00 | CITY TAX | 363.00 | *CITY TAX | 1,115.40 | (3,830.03) |
| JUN | 0.00 | 4,774.23 | 0.00 | | 0.00 | | 1,115.40 | 944.20 |
| JUL | 0.00 | 1,173.51 | 0.00 | CITY TAX | 1,025.52 | *#CITY TAX | 1,115.40 | 1,092.19 |
| AUG | 0.00 | 391.17 | 0.00 | HAZARD INSUR | 1,483.00 | *#HAZARD INSUR | 1,115.40 | 0.36 |

Member FDIC

(Continued on Reverse side of Page)



NAME:   STRAUDIE A BRYANT

Continue of Account:   xxxxxxxx7467
For ESCROW DISCLOSURE STATEMENT

| MONTH | PAYMENTS To ESCROW PROJECTED | ACTUAL | PAYMENTS FROM PROJECTED | ESCROW DESCRIPTION | ACTUAL | DESCRIPTION | ESCROW PROJECTED | BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|
| TOTALS: | $4,456.20 | $17,097.30 | $4,456.13 | | $9,037.96 | | | |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ESCROW ACCOUNT WOULD BE MADE DURING THIS PERIOD EQUALING $4,456.13. UNDER FEDERAL LAW, YOUR ACTUAL LOWEST MONTHLY BALANCE (LP) SHOULD NOT HAVE EXCEEDED $742.69 OR 1/6 OF THE ANTICIPATED PAYMENTS FROM YOUR ESCROW ACCOUNT, UNLESS YOUR MORTGAGE DOCUMENTS OR STATE LAW SPECIFIES A LOWER AMOUNT.
.AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE ANTICIPATED PAYMENTS FROM ESCROW AND THE ACTUAL PAYMENTS FROM ESCROW. THE INFORMATION PROVIDED DOES NOT REQUIRE ANY ACTION ON YOUR PART. IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR TOLL FREE NUMBER 1-800-422-2442.

# = THIS YEAR PROJECTED AMOUNTS

### ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT- PROJECTIONS

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

LOAN NUMBER:   xxxxxxxx7467        Sep 2022   THRU   AUG 2023

********* PROJECTED ESCROW   DISBURSEMENTS ****

| | |
|---|---|
| CITY TAX | 2,114.52 |
| TAXES | 1,109.46 |
| HAZARD INS | 1,483.00 |
| TOTAL PROJECTED ESCROW DISBURSEMENTS: | 4,706.98 |

ESCROW PAYMENT CALCULATION:   $4706.98 / 12 = 392.25

| MONTH | TO ESCROW | FROM ESCROW | ----------------PROJECTED PAYMENTS -------------- DESCRIPTION | --------ESCROW REQUIRED | BALANCE-------- PROJECTED |
|---|---|---|---|---|---|
| STARTING | BALANCE | | | (0.02) | 0.36 |
| SEP | 392.25 | 363.00 | CITY TAX | 29.23 | 29.61 |
| OCT | 392.25 | 0.00 | | 421.48 | 421.86 |
| NOV | 392.25 | 0.00 | | 813.73 | 814.11 |
| DEC | 392.25 | 0.00 | | 1,205.98 | 1,206.36 |
| JAN | 392.25 | 363.00 | CITY TAX | 1,235.23 | 1,235.61 |
| JAN | 0.00 | 1,109.46 | TWN/TWNSHP/S | 125.77 | 126.15 |
| FEB | 392.25 | 0.00 | | 518.02 | 518.40 |
| MAR | 392.25 | 363.00 | CITY TAX | 547.27 | 547.65 |
| APR | 392.25 | 0.00 | | 939.52 | 939.90 |
| MAY | 392.25 | 0.00 | | 1,331.77 | 1,332.15 |
| JUN | 392.25 | 0.00 | | 1,724.02 | 1,724.40 |
| JUL | 392.25 | 1,025.52 | CITY TAX | 1,090.75 | 1,091.13 |
| AUG | 392.25 | 1,483.00 | HAZARD INSUR | 0.00 | 0.38 |
| TOTALS: | $4,707.00 | $4,706.98 | | | |


Member FDIC

(Continued on Reverse side of Page)




NAME:    STRAUDIE A BRYANT

**Continue of Account:**    xxxxxxxx7467
For ESCROW DISCLOSURE STATEMENT

CUSHION SELECTED BY SERVICER:   0.00

YOUR ENDING ESCROW BALANCE FROM THE LAST MONTH OF THE ACCOUNT HISTORY IS $0.36, YOUR STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE $(0.02). THIS MEANS YOU HAVE A SURPLUS OF $110.45. WE HAVE DECIDED TO RETAIN THE SURPLUS BECAUSE OF DELINQUENCY.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Member FDIC

(Continued on Reverse side of Page)

| NAME: | STRAUDIE A BRYANT | Continue of Account: xxxxxxxx7467 |
|---|---|---|
|  |  | For ESCROW DISCLOSURE STATEMENT |

**BELOW IS YOUR NEW MONTHLY PAYMENT BREAKDOWN FOR THE NEXT 12 MONTHS EFFECTIVE  09/01/22**

| | |
|---|---:|
| PRINCIPAL & INT | 330.17 |
| ESCROW | 392.25 |
| ADJUSTMENT | 0.00 |
| **TOTAL** | **722.42** |

Hazard Insurance – You must carry hazard insurance in accordance with the terms of your loan. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, PO Box 1868, Kennesaw GA 30156. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

Flood Insurance – Flood insurance is required if your property is located in a special flood hazard area, as determined by the federal government. The mortgagee clause on your insurance policy must read as follows KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If your loan is through State of New York Mortgage Agency (SONYMA) your mortgagee clause must read as: State of New York Mortgage Agency, C/O KeyBank National Association, its successors and assigns, 11501 Outlook Street, Suite 300, Overland Park KS 66211. If at any time we do not receive acceptable proof of property insurance in force, we will secure such property insurance at your expense. The insurance may be more expensive and not provide as much coverage as you could obtain on your own. If you incur an insurance loss, contact your local branch upon receipt of a settlement check and estimate of damage. Settlement check will include the bank as payee.

Property Taxes- We are not notified by taxing authorities of changes of assessment or exemptions. It is important for you to notify us of any changes so we can adjust your escrow accordingly. If you receive a tax bill, please send it to KeyBank National Association, 4910 Tiedeman Rd, OH-01-MS-SER3, Brooklyn, OH 44144. Attn: Escrow Servicing. If you have any questions regarding your account, please call Escrow Servicing at 1-800-422-2442.


Member FDIC

UNITED STATES BANKRUPTCY COURT
Western District of New York (Rochester)

In Re:   Straudie A. Bryant                                    Case No. 17-21098

                        Debtor(s).                             Chapter 13

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
John D. Wieser

Trustee
George M. Reiber

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Straudie A. Bryant
270 Winbourne Road
Rochester, NY 14619

/s/Reilly Fiske_____
Bankruptcy Specialist
KeyBank N.A.