# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re | **David Alderfer** | | Case No. | **22-11666-amc** |
|---|---|---|---|---|
| | | Debtor | Chapter | **13** |

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
## WITH POST PETITION
## OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a) (8) AND (a) (9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtors have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 Trustee prior to any subsequent Confirmation hearing.

DATED: October 6, 2022    BY: _*s/Robert E. Angst*_____
ROBERT E. ANGST, ESQUIRE
Angst & Angst, P.C.
878 Main Street
Harleysville, PA 19438
Phone 215-513-1517
Fax 215-256-0813