**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                                                                   Chapter 13

    DAVID ALDERFER                                            Bankruptcy No. 22-11666-AMC

    240 MORWOOD ROAD

    HARLEYSVILLE, PA 19438-


    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVID ALDERFER

    240 MORWOOD ROAD

    HARLEYSVILLE, PA 19438-

**Counsel for debtor(s), by electronic notice only.**
    ROBERT EDWARD ANGST, ESQ
    ANGST & ANGST PC
    878 MAIN STREET
    HARLEYSVILLE, PA 19438-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/12/2022                                                                                              /s/ Kenneth E. West

                                                                                                                                                                                             _____
                                                                                                                                                                                             Kenneth E. West, Esquire
                                                                                                                                                                                             Chapter 13 Standing Trustee