ROBERT E. ANGST, ESQUIRE
ATTORNEY I.D. 80042
ANGST & ANGST, P.C.
878 MAIN STREET
HARLEYSVILLE, PA 19438
TELEPHONE: (215) 513-1517
FACSIMILE: (215) 256-0812
ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| In re | **David Alderfer** | Case No. | **22-11666** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

Robert E. Angst, Esquire certifies that he is the attorney for the Debtor Richard David Kriebel in the above instant action and that on December 29, 2022 he served a Third Amended Chapter 13 Bankruptcy Plan by U.S. Mail, postage paid or ECF, to the persons and at the addresses set forth below:

USTPRegion03.PH.ECF@usdoj.gov
ecfemails@ph13trustee.com
jwood@portnoffonline.com

Notice Mailed to:

Keybank, N.A.
4910 Tiedeman Road
Brooklyn, OH 44144

Sherwin-Williams Company
313 Technology Drive
Malvern, PA 19355

Lower Salford Township
P.O. Box 243
Harleysville, PA 19438

Souderton Area School District
C/O Portnoff Law Associates, LTD
P.O. Box 3020
Norristown, PA 19404

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128

        Respectfully submitted,

        ANGST & ANGST, P.C.

        *s/ **Robert E. Angst***

        BY: ROBERT E. ANGST, ESQUIRE