# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11666-AMC

DAVID ALDERFER

240 MORWOOD ROAD

HARLEYSVILLE, PA 19438-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID ALDERFER

    240 MORWOOD ROAD

    HARLEYSVILLE, PA 19438-

Counsel for debtor(s), by electronic notice only.

    ROBERT EDWARD ANGST, ESQ
    ANGST & ANGST PC
    878 MAIN STREET
    HARLEYSVILLE, PA 19438-

Date: 1/11/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee