# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-11666 |
| David Alderfer, | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor. | : * * * * * * * * * * * * * * * * * * |
| | : |
| | : |
| | : |
| | : Related Document #38 |

## PRAECIPE OF WITHDRAWAL OF OBJECTION
## TO CONFIRMATION OF PLAN (DOCKET NO. 38)

Now comes KeyBank N.A. as servicer for Freddie Mac ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on March 20, 2023. Per communication dated October 6, 2023, the loan is current.

Respectfully submitted,

/s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-005564_ALO

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-11666 |
| **David Alderfer,** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| Debtor. | : * * * * * * * * * * * * * * * * * * |
| | : |
| | : |
| | : Related Document # 38 |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 38) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Robert Edward Angst, Attorney for David Alderfer, RobertAngst@Angstlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David Alderfer, 240 Morwood Road, Harleysville, PA  19438

/s/Alyk L. Oflazian

23-005564_ALO