## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David Alderfer | |
| Debtor | CHAPTER 13 |
| | |
| Freddie Mac, its successors and/or assignees | |
| Movant | |
| vs. | |
| | |
| David Alderfer | NO. 22-11666 AMC |
| Debtor | |
| | |
| Kenneth E. West | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Freddie Mac, which was filed with the Court on or about October 11, 2023.


Dated: October 18, 2023

Respectfully submitted,


/s/Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com