Certificate Number: 05781-PAE-DE-038232781

Bankruptcy Case Number: 22-11666



05781-PAE-DE-038232781

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2024, at 11:49 o'clock AM PST, David Alderfer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 29, 2024

By: /s/Allison M Geving

Name: Allison M Geving

Title: President