**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **David Alderfer** | : | Case No.: 22-11666 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **KeyBank N.A. as servicer for Freddie Mac** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Alyk L. Oflazian                            /s/ Stephen R. Franks
Alyk L. Oflazian (312912)                       Stephen R. Franks (333394)
MDK Legal                                       MDK Legal
P.O. Box 165028                                 P.O. Box 165028
Columbus, OH  43216-5028                        Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181                  614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                         srfranks@mdklegal.com

23-005564_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-11666** |
| **David Alderfer** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **KeyBank N.A. as servicer for Freddie Mac** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **David Alderfer** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Robert Edward Angst, Attorney for David Alderfer, RobertAngst@Angstlaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David Alderfer, 240 Morwood Road, Harleysville, PA  19438

/s/ Stephen R. Franks

23-005564_PS